■ In the Matter of ANGELINA BLASY, Also Known as ANGELINA MANDL, Deceased. JOHN STEINER et al., Appellants; WILHELMINE SCHOEFER, Respondent.—In a proceeding for the judicial settlement of the account of executors under a will, the appeal is (1) from an order of the Surrogate's Court, Putnam County (Braatz, S.), dated June 7, 1989, which, *inter alia,* denied the appellants' request that they be awarded the interest earned by their bequest during the period of administration, and (2), as limited by the appellants' brief, from so much of an order of the same court, dated July 10, 1989, as states: "by decision and order dated June 7, 1989, the Court indicated that in conformance with its earlier ruling, the paragraph second legacy would be computed * * * without interest."

Ordered that the order dated June 7, 1989, is affirmed; and it is further,

Ordered that the appeal from the order dated July 10, 1989, is dismissed; and it is further,

Ordered that the respondent is awarded one bill of costs payable by the appellants personally.

Since the appellants had the opportunity to contest the issues raised on this appeal during a prior appeal which was dismissed for lack of prosecution they are estopped from doing so now *(see, Bray v Cox,* 38 NY2d 350; *Matter of Smith v McManus & Sons,* 101 AD2d 890). The appeal from so much of the order dated July 10, 1989, as recites that relief was granted by the court's prior order dated June 7, 1989, is dismissed as the appellants are not aggrieved thereby. Brown, J. P., Balletta, Rosenblatt and Ritter, JJ., concur.

■ In the Matter of CATHERINE GRANT, Respondent, v CITY OF NEW YORK, Defendant, and NEW YORK CITY HOUSING AUTHORITY, Appellant.—In a proceeding pursuant to General Municipal Law § 50-e (5) for leave to file a late notice of claim, the New York City Housing Authority appeals from an order of the Supreme Court, Kings County (I. Aronin, J.), dated May 25, 1989, which granted the application.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Aronin at the Supreme Court *(see also, Matter of Irizarry v New York City Hous. Auth.,* 167 AD2d 466). Thompson, J. P., Lawrence, Harwood and O'Brien, JJ., concur.